# DECLARATION OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | CASE NO:       7:22-CV-00484-PMH |
| STATE OF | COURT DATE: |
| County of | COURT TIME: |
| **PLAINTIFF:** | **DEFENDANTS:** |
| DEN OUTDOORS INC. | DEN CONSTRUCTION LLC |
| | 2625 EAST CAMELBACK RD., SUITE 407 |
| | PHOENIX, AZ 85016 |

The declarant, being duly sworn, states: I am fully qualified under Rule 4(d) Ariz.R.Civ.P. to serve process in this action, having been so appointed by the court; I received and served the following documents in the manner described below:

DOCUMENT TYPE: **SUMMONS;REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK;CIVIL COVER SHEET; RULE 7.1 STATEMENT;EXHIBIT "A"; COMPLAINT (JURY TRIAL DEMANDED);**

PERSON(S) SERVED: DEN CONSTRUCTION LLC (Defendant)

PLACE OF SERVICE: MAILED CERTIFIED RETURN RECIEPT
2625 EAST CAMELBACK RD., SUITE 407
PHOENIX, AZ 85016

By delivering 1 SET(S) true copies to: DEN CONSTRUCTION LLC (Defendant)

Notes: I ATTEMPTED TO SERVE THE DEFENDANT'S STATUTORY AGENT, JARED AMZALLAG AT THE ABOVE ADDRESS ON: 3/3/2022 AT 4:23 PM, 3/5/2022 AT 8:20 AM, 3/9/2022 AT 1:49 PM, 3/11/2022 AT 11:15 AM, AND 3/19/2022 AT 9:28 AM. ALL ATTEMPTS WERE UNSUCESSFUL. I ALSO SPOKE WITH MR. AMZALLAG ON 3/24/2022 AT 12:18 PM VIA PHONE IN ORDER TO MAKE ARRANGMENTS FOR SERVICE, HE SAID HE WOULD CALL BACK TO MAKE ARRANGMENTS FOR SERVICE, HE NEVER CALL BACK. I SERVE THE DEFENDANT BASED ON ARIZONA REVISED STATUTES TITLE 29-3119. I MAILED THE ABOVE DOCUMENTS CERTIFIED RETURN RECEIPT REQUESTED ON 4/7/2022 AT 3:00 PM TO THE ABOVE ADDRESS, WHICH IS THE PRINCIPLE PLACE OF BUSINESS LISTED ON THE DEFENDNAT'S MOST RECENT FILING WITH THE ARIZONA CORPORATION COMMISSION. PLEASE SEE ATTACHED A PRINT OUT FROM THE COMMISSION AND AZ REVISED STATUTE 29-3119, AND A PHOTO OF THE MAILING.

| | |
|---|---|
| CERTIFIED #: | 7021 0950 0001 0160 9469 |
| FILE #: | 228337 |
| REF #: | 2022014058 |
| DATE OF SERVICE: | 4/7/2022 |
| TIME OF SERVICE: | 03:00 PM |
| Next Action: | No Further Action |

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 12th day of April, 2022

FEES:   $100.00   Service Fee
        $100.00   Total

*Thomas P. Zollars*

**DECLARANT'S SIGNATURE**
Tom Zollars
Process server licensed in Maricopa County #5104

SUPERIOR PROCESS SERVICES, INC.
7701 E. Indian School Suite E
Scottsdale, Arizona 85251
(480) 429-6886

**Superior Process Services, Inc.**
7701 East Indian School, Suite E.
Scottsdale, AZ 85251

Electronic Return Receipt Requested



CERTIFIED MAIL

7021 0950 0001 0160 9469

To: *(Defendant's name and address)*  DEN CONSTRUCTION LLC
2625 East Camelback Rd., Unit 407
Phoenix, AZ 85016

US POSTAGE — PITNEY BOWES
ZIP 85251
02 7H
0001246813
$ 007.36
APR 07 2022

# VIEW DOCUMENT

The Arizona Revised Statutes have been updated to include the revised sections from the 55th Legislature, 1st Regular Session. Please note that the next update of this compilation will not take place until after the conclusion of the 55th Legislature, 2nd Regular Session, which convenes in January 2022.

## DISCLAIMER

This online version of the Arizona Revised Statutes is primarily maintained for legislative drafting purposes and reflects the version of law that is effective on January 1st of the year following the most recent legislative session. The official version of the Arizona Revised Statutes is published by Thomson Reuters.

29-3119. Service of process, notice or demand

A. A limited liability company or registered foreign limited liability company may be served with any process, notice or demand required or permitted by law by serving its statutory agent.

B. If a limited liability company or registered foreign limited liability company ceases to have a statutory agent, or if its statutory agent cannot with reasonable diligence be served, the company or foreign company may be served by registered or certified mail, return receipt requested, or by a similar commercial delivery service, addressed to the company or foreign company at its principal address. The principal address must be as shown on the company's or foreign company's most recent filing with the commission. Service is effected under this subsection on the earliest of any of the following:

1. The date the company or foreign company receives the mail or delivery by the commercial delivery service.

2. The date shown on the return receipt, if signed by the company or foreign company.

3. Five days after the mail or delivery is deposited with the United States postal service or with the commercial delivery service, if correctly addressed and with sufficient postage or payment.

C. If process, notice or demand cannot be served on a limited liability company or registered foreign limited liability company pursuant to subsection A or B of this section, service may be made by handing a copy to the individual in charge of any regular place of business or activity of the company or foreign company if the individual served is not a plaintiff in the action.

D. Service of process, notice or demand on a statutory agent must be in a written record.

E. Service of process, notice or demand may be made by other means under law other than this chapter.

Case 7:22-cv-00484-PMH   Document 8   Filed 04/14/22   Page 4 of 7

© 2022 Arizona State Legislature. All Rights Reserved

## ENTITY INFORMATION

Search Date and Time: 4/7/2022 11:06:37 AM

### Entity Details

| | |
|---|---|
| **Entity Name:** | DEN CONSTRUCTION LLC |
| **Entity ID:** | 23134423 |
| **Entity Type:** | Domestic LLC |
| **Entity Status:** | Active |
| **Formation Date:** | 9/25/2020 |
| **Reason for Status:** | In Good Standing |
| **Approval Date:** | 10/1/2020 |
| **Status Date:** | 9/25/2020 |
| **Original Incorporation Date:** | 9/25/2020 |
| **Life Period:** | Perpetual |
| **Business Type:** | Property Development |
| **Last Annual Report Filed:** | |
| **Domicile State:** | Arizona |
| **Annual Report Due Date:** | |
| **Years Due:** | |
| **Original Publish Date:** | |

Privacy Policy (http://azcc.gov/privacy-policy) | Contact Us (http://azcc.gov/corporations/corporation-contacts)

## Statutory Agent Information

- **Name:** Jared Amzallag
- **Appointed Status:** Active 10/1/2020
- **Attention:**
- **Address:** 2625 East Camelback Rd., unit 407, PHOENIX, AZ 85016, USA
- **Agent Last Updated:** 10/14/2021
- **E-mail:**
- **Attention:**
- **Mailing Address:** 2625 East Camelback Rd., unit 407, PHOENIX, AZ 85016, USA
- **County:** Maricopa

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Member | DEN LIVING CONCEPTS LLC | | 2625 East Camelback Rd., 407, PHOENIX, AZ, 85016, Maricopa County, USA | | 10/14/2021 |

Page 1 of 1, records 1 to 1 of 1

### Address

**Attention:** Jared Amzallag
**Address:** 2625 East Camelback Rd., unit 407, PHOENIX, AZ, 85016, USA
**County:** Maricopa
**Last Updated:** 10/14/2021

Arizona Corporation Commission

**Entity Principal Office Address**

Attention:

Address:

County:

Last Updated:

Back    Return to Search

Return to Results

Document History    Name/Restructuring History

Pending Documents    Microfilm History

correction

**Entity Principal Office Address**

Attention:

Address:

County:

Last Updated:

Back    Return to Search

Return to Results

Document History    Name/Restructuring History

Pending Documents    Microfilm History