UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEN OUTDOORS INC.,
a Delaware corporation,

                Plaintiff,

-against-

DEN CONSTRUCTION LLC., an Arizona
limited liability company,

                Defendant.

**ORDER**

22-CV-00484 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    Den Outdoors Inc. ("Plaintiff") filed a Request for Clerk's Certificate Default on May 12, 2022. (Doc. 9). That application, however, was filed on ECF as a "MOTION for Entry of Default as to DEN CONSTRUCTION, LLC." (*Id*.).

    The motion is DENIED without prejudice to renew. Insofar as Plaintiff seeks a Certificate of Default, it is referred to the Electronic Case Filing Rules & Instructions. To the extent Plaintiff intends to seek a default judgment, it is referred to this Court's Individual Practices.

    Plaintiff is directed to serve a copy of this Order on Defendant and file proof of service on the docket by 5:00 p.m. on May 16, 2022.

    The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 9.

                                          **SO ORDERED:**

Dated: White Plains, New York
         May 13, 2022

                                          _____
                                          PHILIP M. HALPERN
                                          United States District Judge