Nicholas Ranallo (SBN 4620985)
5058 57th Ave. S.
Seattle, WA 98118
(831) 607-9229
nick@ranallolawoffice.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEN OUTDOORS, INC.<br><br>Plaintiff,<br><br>-against-<br><br>DEN CONSTRUCTION, LLC<br><br>Defendant. | ECF Case No. 7:22-cv-00484-PMH<br><br>Declaration of Nicholas Ranallo in Support of Request for Clerk's Certificate of Default |

I, Nicholas Ranallo, declare as follows:

1. I represent Plaintiff Den Outdoors, Inc. in connection with the above-captioned matter.
2. The summons and complaint in this matter was filed on January 19, 2022.
3. A declaration of service was filed in this matter on April 14, 2022. ECF No. 7.
4. Defendant is not a minor or incompetent person.
5. Defendant is not in military service, as it is an entity.
6. As described in the declaration of service, Defendant in this matter was served in accordance with Fed. R. Civ. Proc. 4(h)(1)(A) which permits service in accordance with state law in the state where the defendant was served.

7. In this case, Arizona Revised Statutes §29-3119 sets forth the applicable rule for service on an LLC in that state. See ECF No. 7 at 3.

8. As detailed in the declaration of service, the process server made numerous attempts to serve the Defendant's statutory agent for service of process at the address provided by Defendant to the Arizona Secretary of State. Each attempt was unsuccessful.

9. ARS §29-3119 provides that "If a limited liability company or registered foreign limited liability company ceases to have a statutory agent, or if its statutory agent cannot with reasonable diligence be served, the company or foreign company may be served by registered or certified mail, return receipt requested, or by a similar commercial delivery service, addressed to the company or foreign company at its principal address. The principal address must be as shown on the company's or foreign company's most recent filing with the commission."

10. 2625 East Camelback Rd., Unit 407, Phoenix, Arizona, 85016 was the principal address as shown on the company's most recent filing with the Arizona Corporations Commission at the time service was effected.

11. Per ARS §29-3119, service by certified mail as described above is complete five days after the mail is deposited with the post office on April 7, 2022.

//

//

//

//

12. More than 21 days have elapsed since service was completed in accordance with ARS §29-3119 and Defendant has not answered or otherwise appeared in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct, and that this declaration was executed in Seattle, Washington on May 15, 2022.

By: /s/ Nicholas Ranallo____
Nicholas Ranallo
Attorney for Plaintiff